Demetrious Eric BROWN, a/k/a Denrick Eric Brown, a/k/a Demmerick Eric Brown, Plaintiff–Appellant,

v.

Ronald J. ANGELONE, Director; Gene M. Johnson, Deputy Director; Refus Fleming, Regional Director; David Garraghty, Chief Warden; S.J. Avent, Administrative Assistant Warden; J.D. Oaths, Medical Administrator for the Virginia Department of Corrections; J. Capps, Human Rights Advocate; Charles Allen, Unit Manager; B. phillips, Medical Administrator for (CMS); Ella Klug, Regional Administrator for (CMS); Beth Kennedy, Regional Manager for (CMS); Mike Pfeiffer, Medical Operation Manager for (CMS); Annette Holmes, Medical Administrator for (CMS); K. Hamlin, Head Nurse for (CMS); D. Sloan, LPN for (CMS); C. Manning, LPN for (CMS); Roy P. Harris, Prison Guard, Lieutenant; Vincent M. Gore, Doctor for (CMS); M. Vernon Smith, Doctor, Health Care Director; Doctor Swether; Doctor Salih, Defendants–Appellees.

No. 01–7046.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Demetrious Eric Brown, pro se.

Before NIEMEYER, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

 Demetrious Eric Brown appeals the dismissal of his 42 U.S.C.A. § 1983 (West Supp.2000) action alleging indifference to serious medical need. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*